# Court of Appeals
# of the State of Georgia

ATLANTA,  May 08, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1667. IN THE INTEREST OF N. G. ET AL., CHILDREN (MOTHER).**

The mother of minors N. G. and C. G. filed this direct appeal from the juvenile court's order terminating her parental rights. Pursuant to OCGA § 5-6-35 (a) (12), however, appeals from orders terminating parental rights must be brought by filing an application for discretionary review. See *In the Interest of K. R.*, 285 Ga. 155, 155-156 (674 SE2d 288) (2009). The mother's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/08/2020*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*